PAUL J. FISHMAN
United States Attorney
ELIZABETH A. PASCAL
Assistant U.S. Attorney
401 Market Street, P.O. Box 2098
Camden, NJ 08101
(856) 757-5105
Attorneys for Defendants
United States Coast Guard
and Jeh Charles Johnson

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSICA EILERT, | HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | |
| | Civil Action No. 15-8205 (JBS) (JS) |
| v. | |
| LOYAL SOURCE GOVERNMENT SERVICES, LLC, et al., | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS UNITED STATES COAST GUARD AND |
| Defendants. | SECRETARY JEH CHARLES JOHNSON |

THIS MATTER in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be dismissed against Defendants United States Coast Guard and Secretary Jeh Charles Johnson with prejudice, and without costs against either party.

It is contemplated that this Stipulation of Dismissal with Prejudice may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

WALL & LONDON LLC

PAUL J. FISHMAN
United States Attorney

_____
ZACHARY R. WALL, ESQUIRE
Attorneys for Plaintiff

Dated: 10/5/16

_____
ELIZABETH A. PASCAL
Assistant U.S. Attorney
Attorneys for Federal Defendants

Dated: 10/3/16

So Ordered this 11th day of Oct, 20 16

_____
Jerome B. Simandle, Chief U.S. District Judge